JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER<br><br>        Plaintiffs,<br><br>v.<br><br>PCS DEVELOPMENT 6, LLC; AND DOES 1 THROUGH 10, Inclusive<br><br>        Defendants. | Case #: 2:17-cv-05891-RGK-MRW<br><br>**ORDER ON DISMISSAL OF THE ENTIRE ACTION** |

    Pursuant to the Joint Stipulation of Dismissal With Prejudice on file herein and good cause appearing, the court hereby orders that all the defendants are

1

dismissed with prejudice and that Plaintiff's Complaint is also dismissed with prejudice. Each of the parties shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED**.

DATED: 2/2/18

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Judge